# PORTALE | RANDAZZO

JAMES A. RANDAZZO, ESQ.
JRANDAZZO@PORTALERANDAZZO.COM
DIRECT DIAL: 914-359-2410

February 23, 2026

**Via ECF**
Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007



Re:    Hamilton, et al. v. City of Yonkers, et al.
       25-cv-04884 (JGLC)

Dear Judge Clarke:

This firm represents the Defendants in the above-referenced matter, and I write with the consent of Plaintiffs' attorney Reginald Jacobs to make a joint request to adjourn the initial conference that is presently scheduled for March 4, 2026, at 12:00 p.m. We have another mediation scheduled for March 17 at 2:00 p.m. and request that the initial conference be adjourned to a date after that but not between March 30 and April 17 as we are both away those weeks.

Thank you for your consideration.

Respectfully,

/s/ James A. Randazzo
James A. Randazzo

JAR/cp
cc:    Counsel of Record (Via ECF)

Application GRANTED. It is hereby ORDERED that the initial pretrial conference in this matter, previously scheduled for March 4, 2026, at 12:00 p.m., is RESCHEDULED for March 25, 2026, at 10:00 a.m. The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 5, shall be filed by March 18, 2026. The Clerk of Court is directed to terminate ECF Nos. 11 and 12. SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 24, 2026
       White Plains, New York

245 MAIN STREET SUITE 605 WHITE PLAINS, NY 10601

WWW.PORTALERANDAZZO.COM

MAIN: 914-359-2400 | FAX: 914-801-5447